IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH MICHAEL WILSON, #230202, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:04cv1207-T |
| | ) | (WO) |
| GOVERNOR BOB RILEY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On 31 March 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED as follows:

1. That the plaintiff's claims against Governor Bob Riley are DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i); and

2. That those claims challenging the constitutionality of criminal convictions imposed upon the plaintiff by the Circuit Court of Tallapoosa County, Alabama are DISMISSED without prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE, this the 11th day of May, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE